1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6
7                        **DISTRICT OF NEVADA**
8
9                              **\* \* \***
10
11   UNITED STATES OF AMERICA,          )
                                        )
12              Plaintiff,              )
                                        )
13        vs                            )      **2:17-mj-00376-NJK**
                                        )
14                                      )
     RAHEEM J. BRENNERMAN,              )
15                                      )
                Defendant,             )
16   _____)

17         **ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

18            Pursuant to the provisions of the Criminal Justice Act,

19   18 U.S.C. 3006A, the Federal Public Defender was appointed as

20   counsel for the above-named defendant at the Initial Appearance

21   hearing held on April 19, 2017.

22            Based upon a review of the defendant's financial affidavit

23   and other relevant inquiry, the Court finds that the defendant

24   possesses financial resources sufficient to bear some of the cost

25   of her representation, i.e., funds are available from or on behalf

26   of the defendant for payment of compensation and expenses of

27   court-appointed counsel and/or for other services necessary for

28   adequate representation.  Accordingly, pursuant to the provisions

     of 18 U.S.C. 3006A(f),

IT IS ORDERED that the defendant shall reimburse the Treasury of the United States, in the amount of $1,000.00, for the cost of his representation until this case has concluded in this district. Payment of **$1,000.00,** payable to the **Clerk of the Court,** for deposit in the Treasury, **is due not later than Friday, May 19, 2017.**

Dated this 19th day of April, 2017.

_____
**NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**